# FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0554

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| GARY TAYLOR,<br><br>        Petitioner / Appellant,<br><br>v.<br><br>GEORGE ANTHONY TAYLOR and<br>ANNE MARIE TAYLOR,<br><br>        Defendants / Appellee. | Cause No. DA-23-0554<br><br>**ORDER EXTENDING DUE DATE FOR OPENING BRIEF** |

UPON READING the unopposed Motion for an extension of the due date for the Opening Brief and finding good cause appearing therein.

IT IS HEREBY ORDERED that the opening brief in the above-listed case is GRANTED an additional seven (7) days to file and must be filed by February 27, 2024.

Dated this _____ day of _____.

_____
Judge / Clerk
of the Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 20 2024